UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ETTA JALLOH, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.07-1359 (RCL) |
| DISTRICT OF COLUMBIA, | ) |
| Defendant. | ) |

ANSWER TO THE COMPLAINT

Paragraph numbers below correspond to the paragraph numbers in the Complaint.

1. Defendant admits the existence of the statutory authorities alluded to in paragraph numbered 1. The remaining allegations contained in paragraph numbered 1 are conclusions of law and/or fact of the pleader to which no response is required.

2. Defendant admits the existence of the statutory authorities alluded to in paragraph numbered 2, but denies that jurisdiction is necessarily authorized or proper solely by reason thereof.

3. As framed, the allegations contained in paragraph numbered 3 are not susceptible of response.

4. Defendant admits the allegations contained in paragraph numbered 4.

5. Defendant admits the allegations contained in paragraph numbered 5.

6. Defendant admits D.B. is currently enrolled at Rock Creek Academy.

7. The allegations contained in paragraph numbered 7 are conclusions of law and/or fact of the pleader to which no response is required.

8. Defendant admits Rock Creek Academy completed an FBA of D.B.

9. The allegations contained in paragraph numbered 9 are conclusions of law and/or fact of the pleader to which no response is required.

10. Defendant admits the plaintiff filed an IDEIA due process complaint on February 15, 2007.

11. The due process complaint alluded to in paragraph numbered 11 speaks for itself.

12. Defendant admits an HOD was issued on April 30, 2007 denying plaintiff's claim.

13. Defendant incorporates by reference its answers to paragraphs numbered 1 through 12.

14. The allegations contained in paragraph numbered 14 are admitted.

15-16. The allegations contained in paragraphs numbered 15 through 16 are denied.

17. Defendant incorporates by reference its answers to paragraphs numbered 1 through 16.

18. The allegations contained in paragraph numbered 18 are denied.

19. The allegations contained in paragraph numbered 19 are denied.

Further answering the complaint, defendant denies all allegations not specifically admitted or otherwise answered and all allegations of wrongdoing.

### FIRST AFFIRMATIVE DEFENSE

This complaint fails to state a claim upon which relief can be granted.

<u>SECOND AFFIRMATIVE DEFENSE</u>

Plaintiff has failed to exhaust her administrative remedies on all pertinent issues.

<u>THIRD AFFIRMATIVE DEFENSE</u>

Plaintiff's Complaint is barred by the applicable statute of limitations or laches.

<u>FOURTH AFFIRMATIVE DEFENSE</u>

The Hearing Officer's Decision was well reasoned and appropriate.

<u>FIFTH AFFIRMATIVE DEFENSE</u>

Plaintiff's right to attorney fees and costs is strictly limited.

LINDA SINGER,
Attorney General for the District of Columbia

GEORGE VALENTINE
Deputy Attorney General
Civil Litigation Division


<u>/s/ Edward P. Taptich</u>
EDWARD P. TAPTICH [012914]
Chief, Equity Section 2


  <u>/s/ Maria Merkowitz</u>
MARIA MERKOWITZ, [312967]
Senior Assistant Attorney General
Equity Division
441 4th Street, N.W., 6S
Washington, D.C. 20001
(202)442-9842
Fax – (202) 727-3625
Email–maria.merkowitz@dc.gov

August 15, 2007

3