THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**ETTA JALLOH,**                    )
             Plaintiff,          )
                                    )
vs.                                 )     Civil Action No. 07-1359
                                    )     RCL
**THE DISTRICT OF COLUMBIA,**       )
             Defendant.          )
_____)

## REPORT OF PARTIES UNDER LOCAL RULE 16.3

**Plaintiff's Statement of the Case and its Bases**

      This is a claim for injunctive and declaratory relief brought under the Individuals with Disabilities Education Act, 20 U.S.C. §§ 1400 et seq.. The Plaintiff seeks, on behalf of her minor son D.B., a declaratory judgment and an injunction ordering the District of Columbia Public Schools ("DCPS") to convene a meeting to accomplish certain objectives, including the revision of the child's individualized education program ("IEP") and the determination of compensatory education.

      This case arises originally from DCPS' failure to review the results of a functional behavioral assessment ("FBA") of D.B. and to amend his IEP accordingly. The Plaintiff brought an administrative case regarding this issue. Though DCPS conceded that it had not reviewed the results of the evaluation, and the Plaintiff presented uncontested expert testimony regarding the impact of that failure, the Hearing Officer denied the Plaintiff any relief on the grounds that she had failed to establish the denial of free appropriate public education.

**Defendant's Statement of the Case and its Bases**

This is an appeal of a Hearing Officer's Decision issued on April 30, 2007, pursuant to the Individuals With Disabilities Education Improvement Act of 2004, 20 U.S.C. Sections 1400 *et seq*. ("IDEIA"). In that decision the Hearing Officer concluded that the student, who is currently placed at Rock Creek Academy, a private school, and who has a current Individualized Education Plan, was not denied a free and appropriate public education ("FAPE") when DCPS failed to convene a meeting to review a Functional Behavioral Assessment completed by Rock Creek Academy. Plaintiff contends that the Hearing Officer's Decision was incorrectly decided. Defendant contends that the Hearing Officer's Decision was correct, because plaintiff failed to establish that the student incurred any educational harm as a result of DCPS's failure to review his Functional Behavioral Assessment.

**Defendant requests the Court to hold a Rule 16.3 hearing because of the disparity between the parties' proposed schedules.**

**Parties' Proposed Schedule**

The Parties have conferred regarding scheduling, and state as follows:

1. The Parties expect the case to be resolved by dispositive motion.
2. The Parties have discussed settlement, and do not believe that any settlement or any narrowing of the issues is possible.
3. The Parties do not think that this case would benefit from ADR.
4. The Plaintiff proposes the following deadlines:

    a. October 1, 2007 – Defendant files administrative record and transcript;
    b. November 1, 2007 – Plaintiff's summary judgment motion;
    c. December 3, 2007 – Defendant's opposition/cross-motion;

        d. December 21, 2007 – Plaintiff's opposition/reply;
        e. January 4, 2008 – Defendant's reply.

5.    The Defendant proposes the following deadlines:

        a. November 14, 2007– Defendant files administrative record and transcript;
        b. December 14, 2007– Plaintiff's summary judgment motion;
        c. January 14, 2008– Defendant's opposition/cross-motion;
        d. January 29, 2008– Plaintiff's opposition/reply;
        e. February 15, 2008– Defendant's reply.

6.    The Parties stipulate to dispense with the requirements of Rule 26(a)(1).

7.    The Parties do not currently believe that discovery or experts will be necessary.

8.    The Parties do not recommend bifurcation.

9.    The Parties propose that all other scheduling be decided if necessary following the resolution of the motions for summary judgment.

Respectfully submitted,

/s/ Douglas Tyrka
Douglas Tyrka, #467500
Tyrka & Associates, LLC
1726 Connecticut Ave., NW, Suite 400
Washington, D.C. 20009
Phone: (202) 265-4260
Fax: (202) 265-4264

/s/ Maria L. Merkowitz
Maria L. Merkowitz, # 312967
Senior Assistant Attorney General
Office of the Attorney General for the
District of Columbia
441 4th Street, N.W., 6th Floor South
Washington, DC 20001
202-442-9842
Fax – 202-727-3625
E-mail – maria.merkowitz@dc.gov

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**ETTA JALLOH,**                    )
         Plaintiff,         )
                                    )
vs.                                 )    **Civil Action No. 07-1359**
                                    )    **RCL**
**THE DISTRICT OF COLUMBIA,**       )
         Defendant.         )
_____ )

### ORDER

      This matter having come before the Court for an initial scheduling conference, and having considered the requests of the Parties, this Court issues the following scheduling order. It is hereby

      ORDERED that the Parties shall comply with the following directives:

1)     The Defendant shall file the administrative record and the transcripts of the administrative hearing on or before _____.

2)     The Plaintiff shall file her motion for summary judgment on or before _____.

3)     The Defendant shall file its opposition to the motion for summary judgment and any cross-motion for summary judgment on or before _____.

4)     The Plaintiff shall file her opposition to the cross-motion for summary judgment and any reply to the Defendant's opposition on or before _____.

5)     The Defendant shall file its reply to the Plaintiff's opposition on or before _____.

It is further ORDERED that this matter is exempt from the requirements of FRCP 26(a)(1).

SO ORDERED.

_____
Royce C. Lamberth
United States District Judge