UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ETTA JALLOH,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 07-1359 (RCL) |
| **THE DISTRICT OF COLUMBIA,** | ) ) ) | |
| Defendant. | ) ) | |

**<u>ORDER</u>**

This matter having come before the Court on the Local Rule 16.3 Report of the parties, and having considered the requests of the parties, this Court issues the following scheduling order. It is hereby

ORDERED that the parties shall comply with the following directives:

1) The defendant shall file the administrative record and the transcripts of the administrative hearing on or before November 1, 2007.

2) The plaintiff shall file her motion for summary judgment on or before December 3, 2007.

3) The defendant shall file its opposition to the motion for summary judgment and any cross-motion for summary judgment on or before January 3, 2008.

4) The plaintiff shall file her opposition to the cross-motion for summary judgment and any reply to the defendant's opposition on or before January 23, 2008 .

5) The defendant shall file its reply to the plaintiff's opposition on or before February 4, 2008. It is further

ORDERED that this matter is exempt from the requirements of FRCP 26(a)(1).

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on September 26, 2007.

_____