IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ETTA JALLOH, )<br>   Plaintiff, )<br> )<br>v. )<br> )<br>DISTRICT OF COLUMBIA )<br>   Defendant. )<br> ) | Civil Action No. 07-1359<br>RCL |

**NOTICE AND STIPULATION OF DISMISSAL**

The Parties hereby stipulate to dismissal of all claims.

            Respectfully submitted,


            /s/ Douglas Tyrka
            Douglas Tyrka, #467500
            Tyrka & Associates, LLC
            1726 Connecticut Ave., NW, Suite 400
            Washington, D.C.  20009
            Phone:  (202) 265-4260
            Fax:  (202) 265-4264
            Email: tyrka@tyrkalaw.com


            LINDA SINGER
            Attorney General
            for the District of Columbia

            GEORGE C. VALENTINE
            Deputy Attorney General
            Civil Litigation Division

            **/s/ Edward P. Taptich**
            EDWARD P. TAPTICH
            Chief, Equity Section 2
            Bar Number 012914

            _____/s/_____

Maria Merkowitz [#312967]
Senior Assistant Attorney General
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001
Phone: (202) 727-3625
Email: maria.merkowitz@dc.gov