UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ETTA JALLOH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-1359 (RCL) |
| | ) | |
| DISTRICT OF COLUMBIA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of the stipulation of the parties, this action shall be dismissed.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, on December 5, 2007.